IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DR. JANE DOE,                       *
                                    *
     Plaintiff,                     *
                                    *
     v.                             *    CV 118-091
                                    *
RICHMOND COUNTY SCHOOL              *
SYSTEM; DR. BERNARD                 *
CHATHAM; ANGELA PRINGLE;            *
and FLETCHER, HARLEY &              *
FLETCHER, LLP,                      *
                                    *
     Defendants.                    *
```

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal without prejudice as to all Defendants. (Doc. 15.) Defendants Richmond County School System, Dr. Bernard Chatham, and Angela Pringle jointly filed an answer prior to Plaintiff's notice of voluntary dismissal. (Doc. 11.) After due consideration, the Court finds the dismissal terms proper under Federal Rule of Civil Procedure 41(a)(2).

Regarding Defendant Fletcher, Harley & Fletcher, LLP, having not served either an answer or a motion for summary judgment, this Court finds the dismissal appropriate under Federal Rule of Civil Procedure 41(a)(1).

**IT IS THEREFORE ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 10th day of September, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA